UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MARY E. PETTIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:12-CV-05453-KLS<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;
- The ALJ will further evaluate Plaintiff's impairments;
- The ALJ will re-evaluate Dr. Brown's opinions;
- The ALJ will reassess Plaintiff's credibility and subjective complaints; and

- The ALJ will re-evaluate Plaintiff's residual functional capacity and continue on with the five-step sequential evaluation process.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 23rd day of October, 2012.

                                                     Karen L. Strombom
                                                   United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA, WSB #26823
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2114
FAX:  (206) 615-2531
franco.l.becia@ssa.gov