1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10

11   MARY E. PETTIS,                          Civil No.   3:12-CV-05453-KLS

12          Plaintiff,

13          vs.                               ORDER OF REMAND

14   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

15          Defendant.

16          Based on the stipulation of the parties it is hereby ORDERED that the above-captioned

17   case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further

18   administrative proceedings, including the following actions:

19   •   The ALJ will conduct a new hearing, further develop the record and issue a new decision;

20   •   The ALJ will further evaluate Plaintiff's impairments;

21   •   The ALJ will re-evaluate Dr. Brown's opinions;

22   •   The ALJ will reassess Plaintiff's credibility and subjective complaints; and

23

- The ALJ will re-evaluate Plaintiff's residual functional capacity and continue on with the five-step sequential evaluation process.

    The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    DATED this 23rd day of October, 2012.


Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA, WSB #26823
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2114
FAX:  (206) 615-2531
franco.l.becia@ssa.gov