U.S. District Court Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MARY E. PETTIS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. C12-5453-KLS<br><br>AGREED ORDER RE EAJA FEES AND EXPENSES |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $2,979.75 and expenses in the amount of $17.85 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jeanette Laffoon, based upon Plaintiff's assignment of these amounts to Plaintiff's

AGREED ORDER RE EAJA FEES   - Page 1
[C12-5453-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, <u>Jeanette Laffoon, at 410-A South Capitol Way, Olympia, WA 98501</u>.

DATED this 8th day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff


Approved for entry,
Notice of presentation waived:


/s/ Franco Becia
FRANCO BECIA
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

## CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franco Becia
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
Franco.l.becia@ssa.gov

Kerry J. Keefe
Asst. U.S. Attorney
Department of Justice

AGREED ORDER RE EAJA FEES   - Page 2
[C12-5453-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1  U.S. Attorney's Office
   700 Stewart Street, Ste 5220
2  Seattle, WA  98101-1271
   Kerry.keefe@usdoj.gov
3

4  I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

5
        NONE
6

7  DATED:  November 8, 2012                    /s/ Dawn Krech
                                               Dawn Krech, Legal Assistant
                                               MADDOX & LAFFOON, P.S.
8                                              mcdkrech@comcast.net

AGREED ORDER RE EAJA FEES    - Page 3            MADDOX & LAFFOON, P.S.
[C12-5453-KLS]                                   410-A South Capitol Way
                                                 Olympia, WA. 98501
                                                 (360) 786-8276